

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00072-CR

CHARLES TREVAUGHN TIGG BLAKEY, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 185th District Court of Harris County (Tr. Ct. No. 1410435)

The cause heard today by the Court is an appeal from the judgment signed by the court below on June 27, 2014. After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 18, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.